# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: May 21, 2013**

Official Caption[1]

2013-1379, -1413

REALTIME DATA, LLC (doing business as IXO),

    Plaintiff-Appellant,

v.

T-MOBILE U.S.A., INC.,

    Defendant-Cross Appellant.

Appeals from the United States District Court for the Eastern District of Texas in case no. 10-CV-0493, Judge Ron Clark.

Authorized Abbreviated Caption[2]

REALTIME DATA, LLC V T-MOBILE U.S.A., INC., 2013-1379, -1413

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.