NO. 2013-1379, -1413

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff- Appellant,*

v.

T-MOBILE U.S.A., INC.,

*Defendant-Cross Appellant,*

Appeals from the United States District Court for the District of
Eastern Texas in Case No. 10-CV-0493,
Judge Ron Clark

## MOTION FOR EXTENSION OF
## TIME FOR FILING OPENING BRIEF

Pursuant to Federal Rule of Appellate Procedure 26 (b) and Federal Circuit Rule 26(b), and in order to accommodate the finalization of a potential agreement, Plaintiff-Appellant Realtime Data, LLC ("Realtime Data") hereby moves the Court for an additional 30-day extension of time within which to file Realtime Data's opening brief on appeal ("Opening Brief"). This would extend the due date from the current due date of Thursday, January 9, 2013, to Monday, February 10, 2014. Attorneys for Defendant-Cross Appellants have neither consented to nor opposed

this request.  This is the Plaintiff-Appellant's eighth request for an extension to file its Opening Brief.  Plaintiff-Appellant has been granted a total of 189 days of extension in its prior motions.

The parties have been actively refining a potential agreement during December, and met in person with mediator Jim Toupin, Esq., on December 18, 2013.  The additional 30-day extension is meant to allow the parties to complete the agreement they are currently working on.

Prior to filing this motion, Plaintiff-Appellant informed opposing counsel of its intent to file this extension, and asked for their consent prior to COB December 30, 2013.   Defendant-Cross Appellant did not object, and has not objected to the filing of any of the previous motions to extend the filing date.

The reasons for this request for an extension are set forth more fully in the attached declaration of Matthew J. Leary.

WHEREFORE, Plaintiff-Appellant respectfully requests that the time within which it must file its Opening Brief be extended by four weeks up to and including February 10, 2014.

Dated:  December 30, 2013

Respectfully submitted,

_/s/    Matthew J. Leary_
Matthew J. Leary

Thomas J. Friel, Jr.
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
E-Mail: tfriel@cooley.com
Tel: 415-698-2000
Fax: 415-698-2222

Wayne Stacy
Matthew J. Leary
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
E-Mail: wstacy@cooley.com
E-Mail: mleary@cooley.com
Tel: 720-566-4000
Fax: 720-566-4099

Lori Mason
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
E-Mail: lmason@cooley.com
Tel: 650-843-5123
Fax: 650-849-7400

*Attorneys for Plaintiff-Appellant Realtime Data, LLC*

398040 v5/CO

NOS. 2013-1379, -1413

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

REALTIME DATA, LLC (doing business as IXO),

*Plaintiff- Appellant,*

v.

T-MOBILE U.S.A., INC.,

*Defendant-Cross Appellant,*

Appeals from the United States District Court for the District of
Eastern Texas in Case No. 10-CV-0493,
Judge Ron Clark

## <u>DECLARATION OF MATTHEW J. LEARY</u>

I, Matthew J. Leary, declare as follows,

1.     I am an attorney licensed to practice before the Courts of the State of Colorado and am admitted to practice in this Court.  I am an associate with the law firm of Cooley LLP, attorneys of record for Plaintiff-Appellant Realtime Data, LLC ("Realtime Data").

2.     Plaintiff-Appellant Realtime Data's Opening Brief in Appeal Nos. 2013-1379, -1413 was previously due on January 9, 2014, pursuant to the Court's order issued at Dkt. 40 on December 4, 2013.    This Court's Order at Dkt. 40

extended Plaintiff'-Appellant's opening brief from December 12, 2013, to January 9, 2014.

3.    The parties have been actively refining a potential agreement during December, and met in person with Federal mediator Jim Toupin, Esq., on December 18, 2013.  In order to accommodate the completion of the agreement, we are asking for an additional 30 day extension.

4.    Eight previous unopposed extensions of time had been granted to Plaintiff-Appellant for the Opening Brief, which extended the filing date to January 9, 2014.

5.    On July 31, 2013, the Court informed counsel of record for this case that the case was being included in the court's mandatory Appellate Mediation Program and was assigned to mediator Jim Toupin, Esq.

6.    On December 27, 2013, Matthew Leary emailed Defendant-Cross Appellants' counsel and mediator Jim Toupin regarding this proposed additional 30-day extension of time for the initial brief, informing them of Plaintiff-Appellant's intent to file this motion, and asking for their consent by close of business on December 30, 2013.  Plaintiff-Appellant did not object to Plaintiff-Appellant's filing of this motion.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

2

Executed this 30th day of December, 2013.

_s/ Matthew J. Leary_ _____
Matthew J. Leary

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2013, a copy of the following document:

- Motion for Extension of Time for Filing Opening Brief

was filed electronically with the Clerk of Court using the CM/ECF system, and served on counsels of record who have registered for such service.

*s/ Matthew J. Leary*
Matthew J. Leary
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
E-Mail:  mleary@cooley.com
Tel:  720-566-4000
Fax:  720-566-4099

394591 v1/CO